

# In the Missouri Court of Appeals
# Eastern District

JUNE 9, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.     ED100809    LISA JAMES-MILLER, APP V. AMERICAN FAMILY, RES

2.     ED101032 BRITTANY FRAVELL, RES V DENNIS CANNON, APP

3.     ED101193 STATE OF MISSOURI, RES V ERNEST RAY, APP

4.     ED101317 STATE OF MISSOURI, RES V CHRISTOPHER RANSFER, APP

5.     ED101329 GEORGE JONES, APP V STATE OF MISSOURI, RES

6.     ED101462 STATE OF MISSOURI, RES V CALVIN TAYLOR, APP

7.     ED101603 JOHN THOMAS, APP V STATE OF MISSOURI, RES

8.     ED101613 TARA WARD ET AL, APP V WEST CO MOTOR CO RES/CR APP

9.     ED101832 IN THE MATTER OF CARE & TREATMENT OF JODY KIRK

10.    ED101886 LARRY CORDELL, APP V STATE OF MISSOURI, RES



# In the Missouri Court of Appeals
# Eastern District

JUNE 9, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

11.    ED102054    WILLIE WILSON, APP V STATE OF MISSOURI, RES

12.    ED102059 PAUL PARKER, APP V STATE OF MISSOURI, RES

13.    ED102393 AALCO WRECKING CO., APP V MICHAEL AGNEW, DEC RES

14.    ED102409 LARRY YOUNG, APP V DES, RES

15.    ED102451 S.R. BY NEXT FRIEND, S.H.R., RES V K.M., APP